IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| OLYMPOS NAVIGATION COMPANY, § <br> Plaintiff, § <br> § <br> v. § <br> § <br> PARCELS OF CARGO ON BOARD M/V § <br> OLYMPOS, *in rem*; DALIAN SUNTIME § <br> INTERNATIONAL TRANSPORTATION § <br> CO., LIMITED, *in personam*; AND, § <br> AYERS MARITIME SERVICES, INC., § <br> Defendants. § | | C.A. No. 4:14-cv-02397 <br> Admiralty 9(h) |

## ORDER

UPON READING plaintiff in intervention Kumiai Navigation (Pte) Ltd's Verified Original Complaint in Intervention and *Ex Parte* Motion for Order Authorizing Issuance of Process of Maritime Writ of Attachment and Garnishment and Motions for Leave to Serve Later Identified Garnishees and Deem Service Continuous, the Court finds that the conditions for an action under Rule B of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions to the Federal Rules of Civil Procedure ("Rule B") appear to exist,

**IT IS HEREBY ORDERED, ADJUGDED AND DECREED** that the Clerk of Court is authorized to issue a Writ of Attachment and Garnishment as prayed for in the Verified Original Complaint in Intervention; and

**IT IS FURTHER ORDERED** that a copy of this Order be attached to and served with the said Writ of Attachment and Garnishment; and

**IT IS FURTHER ORDERED** that the Clerk of Court is authorized to issue a Writ of Attachment and Garnishment over the property, goods, chattels, credits and/or effects of Dalian Suntime International Transportation Co., Limited located within the District, including any

bunkers in the District that are in the care, custody and control of garnishee Olympos Navigation Company. Accordingly, Olympos Navigation Company and any other garnishees are hereby ordered to refrain from releasing or otherwise utilizing, burning or disposing of any tangible or intangible property belonging to Kumiai Navigation (Pte) Ltd in their care, custody or control pending further order of this Court and/or notification by the U.S. Marshal or special appointee, unless at the direction and with the consent of Kumiai Navigation (Pte) Ltd. Notwithstanding the foregoing, if the conditions of this order are otherwise followed and property belonging to Dalian Suntime International Transportation Co., Limited is onboard a vessel, such vessel shall be free to move within the confines of the Port of Houston in order to continue cargo operations so long as such movement does not interfere with or otherwise utilize, burn or waste any property of Dalian Suntime International Transportation Co., Limited that is on board such vessel, including, but not limited to, bunkers; and

**IT IS FURTHER ORDERED** that Kumiai Navigation (Pte) Ltd is authorized to release or instruct the Marshal to release any property subject to attachment or garnishment without further leave of Court; and

**IT IS FURTHER ORDERED** that in order to avoid the need to repetitively serve the garnishee(s) continuously throughout the day, any copy of the Process of Maritime Attachment and Garnishment that is served on any of the garnishees herein is deemed effective and continuous throughout any given day, and subsequent service of process is authorized *via* facsimile or email following initial *in personam* service; and

**IT IS FURTHER ORDERED** that Kumiai Navigation (Pte) Ltd agrees to release and hold harmless, and indemnify the United States of America, the United States Marshal, their

agents, servants, employees, and all others for whom they are responsible from any and all liability or responsibility for claims arising from the arrest or attachment of the property.

Houston, Texas this \_\_\_ of August, 2014.

_____
UNITED STATES DISTRICT COURT JUDGE