IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| OLYMPOS NAVIGATION COMPANY, <br> Plaintiff, | § § § | |
| v. | § § | |
| PARCELS OF CARGO ON BOARD M/V OLYMPOS, *in rem*; DALIAN SUNTIME INTERNATIONAL TRANSPORTATION CO., LIMITED, *in personam*; AND, AYERS MARITIME SERVICES, INC., <br> Defendants. | § § § § § § § | C.A. No. 4:14-cv-02397 <br> Admiralty 9(h) |

## PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT

TO: THE UNITED STATES MARSHAL FOR THE SOUTHERN DISTRICT OF TEXAS

WHEREAS, plaintiff in intervention Kumiai Navigation (Pte) Ltd filed an Verified Original Complaint in Intervention in the United States District Court for the Southern District of Texas on August 28, 2014, with a claim against defendant Dalian Suntime International Transportation Co., Limited in an amount of at least $1,815,350.44, with a prayer for process to attach Dalian Suntime International Transportation Co., Limited's tangible and intangible property in the District accompanied by an Affidavit and Verification pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure ("Rule B") stating that, to the best of affiants' knowledge, or upon information and belief, Dalian Suntime International Transportation Co., Limited cannot be found within the District, together with a Motion for Order Authorizing Issuance of Process of Maritime Writ of Attachment and Garnishment and Motions for Leave to Serve Later Identified Garnishees and Deem Service Continuous, and;

**WHEREAS**, the Court reviewed the Verified Original Complaint in Intervention, Affidavit, and Verification and found the conditions of Rule B appeared to exist and entered an Order so stating and authorizing the issuance of process of maritime attachment and garnishment;

**NOW THEREFORE**, we hereby empower, strictly charge and command you, the said Marshal, to attach all tangible or intangible property of Dalian Suntime International Transportation Co., Limited presently within this District, or assets expected in this District during the pendency of this action, comprised of debts and credits, including, but not limited to bunkers onboard the M/V OLYMPOS or other vessels and any assets within the possession, custody, or control of any garnishee, including, but not limited to, the named garnishee Olympos Navigation Company, upon whom a copy of the Process of Maritime Attachment and Garnishment issued in this action may be served, be attached and garnished in the amount sufficient to answer Kumiai Navigation (Pte) Ltd's claim, until further Order of the Court;

We do further hereby empower, strictly charge and command you, the said Marshal, to execute this writ by:

(1) Attaching any bunkers or other property, goods, chattels, credits and/or effects of Dalian Suntime International Transportation Co., Limited located within the District, including, but not limited to, any bunkers in the District that are in the care, custody and control of garnishee Olympos Navigation Company and onboard the M/V OLYMPOS and affixing a copy of the process in a conspicuous place and leaving a copy of the Verified Original Complaint in Intervention, Order authorizing issuance of process of maritime attachment and garnishment and Process with the person having possession of the bunkers and/or other property of Dalian Suntime International Transportation Co., Limited or its agent;

We do further empower, strictly charge and command you, that said Marshal, to notify defendant Dalian Suntime International Transportation Co., Limited as follows:

(1) A maritime attachment and garnishment has been filed pursuant to Rule B against Dalian Suntime International Transportation Co., Limited, the defendant in this action;

(2) Dalian Suntime International Transportation Co., Limited is required to file with the Clerk of the United States District Court for the Southern District of Texas, with copy to plaintiff in intervention Kumiai Navigation (Pte) Ltd 's attorneys, Richard A. Branca and David R. Walker of Royston, Rayzor, Vickery & Williams L.L.P., 711 Louisiana Street, Suite 500, Houston, Texas 77002, within thirty (30) days of service of this Writ, an answer to plaintiff in interventions Verified Original Complaint in Intervention.

Witness, the Honorable GRAY H. MILLER, Judge of the United States District Court for the Southern District of Texas, this 28th day of August 2014.

United States District Judge for the
Southern District of Texas

By: _____