IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| OLYMPOS NAVIGATION COMPANY, § | | |
| Plaintiff, § | | |
| § | | |
| v. § | | |
| § | | |
| PARCELS OF CARGO ON BOARD M/V § | C.A. No. 4:14-cv-02397 | |
| OLYMPOS, *in rem*; DALIAN SUNTIME § | Admiralty 9(h) | |
| INTERNATIONAL TRANSPORTATION § | | |
| CO., LIMITED, *in personam*; AND, § | | |
| AYERS MARITIME SERVICES, INC., § | | |
| Defendants. § | | |

**ORDER PERMITTING MOVEMENT OF THE M/V OLYMPOS**
**WITHIN THE PORTS OF GALVESTON AND HOUSTON**

The Court Orders dated August 28, 2014 (Docket #7) and August 29, 2014 (Docket #11) are hereby modified and amended to allow Olympos Navigation Company to consume Light Sulphur Fuel Oil (LSFO) and Diesel Oil (DO) on board the M/V OLYMPOS, alleged to be owned by Dalian Suntime International Transportation Co., Limited, to allow for the movement of the M/V OLYMPOS to shift from berth to berth and/or to an anchorage or to move within the Ports of Galveston and Houston, so long as she remains within the territorial jurisdiction of this Court, and the M/V OLYMPOS is further permitted to shift from berth to berth and/or to an anchorage or to move within the Ports of Galveston and Houston, including their customary anchorages so long as she remains within the territorial jurisdiction of this Court.

Signed this _____ day of August, 2014, at Houston, Texas.

_____
UNITED STATES DISTRICT JUDGE