| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|

| PLAINTIFF<br>Olympos Navigation Company  Plaintiff in Intervention Kumiai Navigation (Pte) Ltd | COURT CASE NUMBER<br>4:14-cv-02397  (4-14-cv-2397) |
|---|---|
| DEFENDANT<br>Dalian Suntime International Transportation Co., Limited, et al. | TYPE OF PROCESS<br>Writ of Attachment and Garnishment |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Owners of the M/V OLYMPOS as Garnishees

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Berth where vessel may be found in Houston, Texas

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Mr. Richard A. Branca<br>Royston, Rayzor, Vickery & Williams, L.L.P.<br>711 Louisiana Street, Suite 500<br>Houston, Texas 77002 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 2 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

SEP 04 2014
David J. Bradley, Clerk of Court

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT   TELEPHONE NUMBER 713-224-8380   DATE 8/29/14

*Richard A. Branca*

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>(Sign only for USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 79 | District to Serve<br>No. 79 | Signature of Authorized USMS Deputy or Clerk | Date<br>8/29/14 |
|---|---|---|---|---|---|

[X] I hereby certify and return that I have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above)<br>Captain Antonios Theodorakis  11G0418633 | [ ] A person of suitable age and discretion then residing in defendant's usual place of abode | |
|---|---|---|
| Address (complete only different than shown above) | Date<br>8-29-14 | Time<br>3:15  [ ] am  [X] pm |
| | Signature of U.S. Marshal or Deputy<br>*William* | |

| Service Fee<br>$780.00 | Total Mileage Charges including *endeavors*<br>$76.16 | Forwarding Fee | Total Charges<br>856.16 | Advance Deposits<br>$10,000 | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>TBD   $0.00 |
|---|---|---|---|---|---|

REMARKS:

DISTRIBUTE TO:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13